**FULL NAME:** Al-Quan Jackson

**COMMITTED NAME (if different):** Al-Quan Jackson

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** P.B.S.P A-6/222low P.O. Box 7500 Crescent City, CA 95532

**PRISON NUMBER (if applicable):** V-14150



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Al-Quan Jackson
    PLAINTIFF,
v.
Leroy Baca, et. al., John Doe's (employees of the Los Angeles County Sheriff's Department.)
    DEFENDANT(S).

**CASE NUMBER:** CV12-10393 JST (JEM)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   a. Parties to this previous lawsuit:
      Plaintiff _____

      Defendants _____

   b. Court _____

   c. Docket or case number _____
   d. Name of judge to whom case was assigned _____
   e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
   f. Issues raised: _____

   g. Approximate date of filing lawsuit: _____
   h. Approximate date of disposition _____

B. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

   1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

   2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

      If your answer is no, explain why not _____

   3. Is the grievance procedure completed? ☒ Yes ☐ No

      If your answer is no, explain why not _____

   4. Please attach copies of papers related to the grievance procedure.

C. **JURISDICTION**

This complaint alleges that the civil rights of plaintiff __Al-Quan Jackson__
(print plaintiff's name)
who presently resides at __Pelican Bay State Prison  P.O. Box 7600  Crescent City CA 95332__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__Los Angeles County Sheriff's Department (Men's Central Jail) LA, CA__
(institution/city where violation occurred)

---

CV-66 (7/97)           **CIVIL RIGHTS COMPLAINT**           Page 2 of 6

on (date or dates) __12-11-11__ , _____ , _____ .
                                      (Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __LEROY BACA, et, al. JOHN DOE__ resides or works at
   (full name of first defendant)

   __441 BAUCHET ST. LOS ANGELES COUNTY JAIL__
   (full address of first defendant)

   __SHERIFF, SHERIFF DEPUTIES__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __DEFENDANT'S JOHN DOE, ALL USED UNNECESSARY AND EXCESSIVE FORCE ON PLAINTIFF__
   __DEFENDANT LEROY BACA KNEW, OR SHOULD HAVE KNOWN WHAT DEFENDANTS JOHN DOE DID TO PLAINTIFF__

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. **CLAIMS***

CLAIM I

The following civil right has been violated:

Under United States code U.S.C 42, section 1983 wherein defendants used unnecessary and excessive force against plaintiff

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On 12-11-11 between the Hours of 9:00-11:00 a.m Al-Quan Jackson (Plaintiff) was transferring between modules 3600-3800 to 3200-3400. Just before Al-Quan Jackson and other inmates were strip searched Al-Quan presented his personal property, along with a fictious pass made/produced by Deputy Colon and authorized by Deputy Lane of the OSJ (operation Safe Jail) on 12-9-11 pertaining to an ongoing murder investigation in which Al-Quan Jackson was a witness to. The pass was to serve as an alibi as to Al-Quan's whereabouts during the time of the murder. When retrieving his personal property Al-Quan noticed the pass was taken. Al-Quan then asked for the pass to be returned in which the plead for it to be returned fell on deaf ears. As the other inmates left the area Al-Quan explained why the pass was needed. Deputies et.al. John Doe still refused to return the pass. Words were then exchanged between Al-Quan and Deputy et.al. John Doe. In order to deescalate

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

the situation, Al-Quan voluntarily laid on the floor, placing his hands behind him without resistance. While being cuffed he was tazered, sprayed and kicked repeatedly ~~never~~ but never once resisted or posed any threat to deputies because Al-Quan voluntarily laid on the floor and proned out.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Defendants Baca, and each of them, et. al. John Doe ~~John Doe et. al.~~. To be held punitively responsible for their acts, omissions and failure to protect. Petitioner/claimant seeks nominal damages according to proof in the amount the jury and or court deems appropriate.

11-25-12
(Date)

CM Quan Jackson
(Signature of Plaintiff)



# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL

648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

TELEPHONE
(213) 974-1913
FACSIMILE
(213) 687-8822
TDD
(213) 633-0901

JOHN F. KRATTLI
County Counsel

July 2, 2012

Al-Quan L. Jackson
c/o Thomas L. Adams
15720 Glendon Creek Ct.
Riverside, California 92503

Re:   Claim(s) Filed:      May 11, 2012
      File Number(s):      12-1098397*001

Dear Mr. Adams:

Notice is hereby given that the above-referenced claim which you filed with the Los Angeles County Board of Supervisors was deemed denied by operation of law on **June 26, 2012**, in accordance with Government Code, §912.4(a).

STATE LAW REQUIRES THAT YOU BE GIVEN THE FOLLOWING "WARNING:"

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.  SEE GOVERNMENT CODE SECTION 945.6.

This time limitation applies only to causes of action for which Government Code Sections 900 - 915.4 required you to present a claim.  Other causes of action, including those arising under federal law, may have different time limitations.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Very truly yours,

JOHN F. KRATTLI
County Counsel

By  *[signature]*
LILIANA CAMPOS
Deputy County Counsel
General Litigation Division

LC:ce

HOA.883689.1

## DECLARATION FOR SERVICE BY MAIL

STATE OF CALIFORNIA
County of Los Angeles

I am and at all times herein mentioned have been a citizen of the United States and resident of the County of Los Angeles, over the age of eighteen years and not a party to nor interested in the within action; that my business address is 648 Kenneth Hahn Hall of Administration, City of Los Angeles, County of Los Angeles, State of California 90012.

That on the 3rd day of **July 2012**, I served the attached **"Notice of Denial Letter"** upon claimant by depositing a copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in a United States mail box in Los Angeles, California addressed as follows:

Al-Quan L. Jackson
c/o Thomas L. Adams
15720 Glendon Creek Ct.
Riverside, California 92503

and that the person on whom said service was made has/resides his/her office at a place where there is a regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of **July 2012**, at Los Angeles, California.

*Carolyn Edwards*
Signature

HOA.803643.1



INSTRUCTIONS:
1. Read entire claim thoroughly.
2. Fill out the claim completely.
3. This claim form must be signed.
4. Submit original signed copy.
5. Photocopies may be made for your records.

WARNING
- Claims for death, injury to person or to personal property must be filed no later than 6 months after the occurrence. (GOV. CODE SECTION 911.2)
- All other claims for damages must be filed no later than one year after the occurrence. (GOV. CODE SECTION 911.2)
- Subject to certain exception, you have only six months from the date of written notice of rejection of your claim to file a court action. (GOV. CODE SECTION 945.6)
- If written notice of rejection of your claim is not given, you have 2 years from accrual of the cause of the action to file a court action. (GOV. CODE SECTION 945.6)

TIME STAMP HERE FOR OFFICE USE ONLY

**1. WHEN AND WHERE DID DAMAGE OR INJURY OCCUR?**
DATE: 12-11-11  TIME: 9:00 - 10:00 AM  STREET ADDRESS OR LOCATION: 441 BAUCHET ST  CITY: LA  ZIP: 90012

15. WERE THE PARAMEDICS CALLED? YES
16. DID THE CLAIMANT VISIT A PHYSICIAN?
PHYSICIAN'S NAME: IN HOUSE MEDICAL UNIT
ADDRESS/PHONE: 441 BAUCHET S. LA, CA 90012
DATE OF VISIT:

**2. NAME(S) OF SHERIFF PERSONNEL INVOLVED:**
NAME: DEPUTY RIVERA  STATION/FACILITY: MEN'S CENTRAL JAIL
NAME: SGT. ZHONDVER / CPT. ORNELAS  STATION/FACILITY: MEN'S CENTRAL JAIL

**3. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:** (Use attachments if necessary)
(SEE ATTACHMENT)

**4. WHY DO YOU CLAIM THE SHERIFF'S DEPARTMENT IS RESPONSIBLE?**
UNNESSARY FORCE USED ON HANDCUFFED INMATE (SEE VIDEO FOOTAGE)

**5. LIST DAMAGES INCURRED TO DATE** (Attach Copy of Receipts & Repair Estimates)
BRUISING (SEE MEDICAL REPORT)

17. WITNESS TO DAMAGE OR INJURY?
NAME: SEE VIDEO FOOTAGE
ADDRESS:
CITY/PHONE:

**6. SHERIFF'S DEPARTMENT FILE OR REPORT#**

NAME:
ADDRESS:
CITY/PHONE:

**7. NAME OF CLAIMANT (Print Clearly)**  AL-QUAN C. JACKSON
**8. DRIVER'S LICENSE OR I.D. #**  D2673841

**9. DATE OF BIRTH**  3-16-84
**10. SOCIAL SECURITY**  #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
**11. Booking Number (if applicable)**  22495

**12. CORRESPONDENCE ADDRESS - (STREET, CITY, STATE, ZIP)**
15720 GLENDON CREEK CT. RIVERSIDE, CA. 92503

**13. HOME PHONE** (or phone you can be contacted at) 323 308-9907
**14. BUSINESS PHONE** ( ) N/A

TOTAL DAMAGES TO DATE $ N/A
TOTAL ESTIMATED DAMAGES $ N/A

**THIS CLAIM MUST BE SIGNED**
NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SEC. 72.)

**18. SIGNATURE OF CLAIMANT OR PERSON FILING ON HIS/HER BEHALF:** /s/ Thomas L. Adams
**19. PRINT OR TYPE NAME**  THOMAS L. ADAMS
**DATE**  5-11-12

Deliver or mail to Executive Officer, Board of Supervisors, County of Los Angeles, Room 383, Kenneth Hahn Hall of Administration, 500 W. Temple St. LA, CA 90012

SH-AD-672

On 12-11-11 between 9:00 - 11:00 am, Al-Quan Jackson was transferring between modules 3638 to 3234. Just before he and the other inmates were strip searched, he presented his personal property, along with a ficticious pass made by Deputies Colon & Lane from OSJ (Operation Safe Jail) on 12-9-11, pertaining to an ongoing murder investigation of an inmate. When retrieving his personal property, words were exchanged with one of the officers regarding the pass not being returned to Al-Quan, as the other inmates left the area. In order to deescalate the situation, Al-Quan voluntarily laid on the floor, placing his hands behind him without resistance. While cuffed, he was tazered, sprayed and kicked.

```
        Arlington Station Post Office
               Riverside, California
                    925033457
                 0567760503 -0093
05/11/2012      (800)275-8777        11:19:27 AM

                   Sales Receipt
Product            Sale    Unit        Final
Description        Qty     Price       Price

LOS ANGELES CA 90012                   $0.45
Zone-1 First-Class
Letter
 0.60 oz.
                                     ========
  Issue PVI:                           $0.45

Certificate         1     $1.15        $1.15
of Mailing
Miscellaneous Purchases                $0.25
  AIC: 126
  Misc Rev - Other
                                     --------
Total:                                 $1.85

Paid by:
Cash                                   $1.90
Change Due:                           -$0.05
******************************************
******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
******************************************
******************************************
```



NAME: Al-Quan Jackson

CDC NO: V14150   HOUSING: A-6 222 Low

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

1983

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

312 NORTH SPRING ST. ROOM G-8

LOS ANGELES, CALIFORNIA 90012

(ATTENTION: PRO SE CLERK)

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LEGAL MAIL



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive
and Clerk of Court

Monday, December 10, 2012

AL-QUAN JACKSON CDC#V14150
P.B.S.P.
P. O. BOX 7500
CRESCENT CITY, CA. 95532

Dear Sir/Madam:

A Complaint for Civil Rights was filed today on your behalf and assigned civil case number CV12- 10393 JST (JEM)

A ☐ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to this case number in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
☐ District Court Judge _____
☒ Magistrate Judge    **John E. McDermott**
at the following address:

☒ U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA  90012

☐ Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA  92701-4516

☐ U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Sincerely,

Clerk, U.S. District Court

By: __CSAWYER__
   Deputy Clerk

CV-19 (04/01)     **LETTER re FILING CIVIL RIGHTS COMPLAINT**