# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL-QUAN JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>LEROY BACA, et al.,<br><br>        Defendants. | Case No. CV 12-10393-JST (JEM)<br><br>ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER |

On December 10, 2012, Al-Quan Jackson ("Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). On February 19, 2013, the Court dismissed Plaintiff's complaint with leave to amend. On March 25, 2013, Plaintiff filed a First Amended Complaint ("FAC"). On April 3, 2013, the Court issued an Order, *inter alia*, directing the United States Marshal ("Marshal") to serve the FAC and requiring Plaintiff to file on or before April 18, 2013, (1) a Notice of Submission indicating that the required USM-285 forms and copies of his Complaint had been submitted to the Marshal, and (2) copies of the USM-285 forms that were submitted to the Marshal. To date, Plaintiff has not filed a Notice of Submission or the required USM-285 forms.

Accordingly, IT IS HEREBY ORDERED that Plaintiff SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to comply with the Court's April 3, 2013, Order, which required him to file the Notice of Submission and copies of the USM-

285 forms no later than April 18, 2013.  Plaintiff shall respond to this Order to Show Cause **in writing** on or before **September 13, 2013**.

     In responding, Plaintiff must:  (1) file the Notice of Submission, indicating that all required documents have been submitted to the Marshal, and copies of the USM-285 forms that were submitted; or (2) explain why he has failed to do so.

     Plaintiff is advised that failure to respond to this Order to Show Cause as directed will result in the Court recommending that the case be dismissed for failure to prosecute and failure to comply with a court order.

DATED: August 23, 2013                                */s/ John E. McDermott*
                                                         JOHN E. MCDERMOTT
                                          UNITED STATES MAGISTRATE JUDGE