UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 12-10393-JLS (JEM)        Date   October 2, 2014

Title   Al-Quan Jackson v. Leroy Baca, et al.

Present: The Honorable    John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

      On December 10, 2012, Al-Quan Jackson ("Plaintiff"), proceeding pro se and in forma pauperis, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint").  On February 19, 2013, the Court dismissed the Complaint with leave to amend.  On March 25, 2013, Plaintiff filed a First Amended Complaint ("FAC").  On February 10, 2014, Defendant Samel Aldama filed an Answer to the FAC.  On May 19, 2014, Plaintiff filed a "Motion for Leave to File an Amended Complaint" ("Motion to Amend"), and lodged a proposed Second Amended Complaint ("SAC") with the Court. (Docket No. 47.)  On August 15, 2014, the Court issued an Order granting Plaintiff's Motion to Amend and directing that the SAC be filed as of May 19, 2014.

      On August 18, 2014, the Court issued a Memorandum and Order Dismissing Second Amended Complaint with Leave to Amend within thirty days.  Plaintiff was explicitly cautioned that failure to file a Third Amended Complaint ("TAC") by the deadline set forth in the Court's Order of August 18, 2014, could result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

      The September 17, 2014, deadline to file the TAC has passed, and no TAC has been filed.

      In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order.  Plaintiff shall file a written response to this Order to Show Cause no later

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

than **October 23, 2014**.[1]  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

Filing of a Third Amended Complaint consistent with the Court's Order of August 18, 2014, shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

cc:     Parties

:

Initials of Deputy Clerk     sa

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.