

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL-QUAN JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEROY BACA, et al.,<br><br>　　　　Defendants. | Case No. CV 12-10393-JLS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.[1]

///
///
///

---

[1] Plaintiff has filed a Request for Judicial Notice along with his Objections. Many of the documents already have been submitted to the Court and considered in connection with the Motion for Summary Judgment. The Court also has considered the documents in reviewing Plaintiff's Objections and the Report and Recommendation of the Magistrate Judge.

| | |
|---|---|
| 1 | IT IS ORDERED that: (1) Defendants' Motion for Summary Judgment is GRANTED; |
| 2 | and (2) Judgment shall be entered dismissing the action with prejudice. |

DATED: 4/18/18

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE