# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED CLERK U.S DISTRICT COURT
APR 1 8 2018
CENTRAL DISTRICT OF CALIFORNIA

AL-QUAN JACKSON,

    Plaintiff,

v.

LEROY BACA, et al.,

    Defendants.

Case No. CV 12-10393-JLS (JEM)

**JUDGMENT**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 4/18/18

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE