# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL-QUAN JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEROY BACA, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-10393-JLS (JEM)<br><br>**AMENDED JUDGMENT** |

　　In accordance with the Order Granting In Part and Denying In Part Plaintiff's Motion to Alter or Amend the Judgment filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: March 25, 2019

　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE